AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

HAMZA AL-MOMANI, )
        Plaintiff, )
)
  v. )
) **JUDGMENT IN A CIVIL CASE**
BIG LOTS STORES, INC., and SHARON ) **CASE NO. 5:06-CV-390-F**
ABRAMS, )
        Defendants )

\_\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff is to pay Defendants the sum of $1,925.50.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 22, 2007**, AND A COPY MAILED TO:

Hamza Al-Momani  
203 Hampton Lee Court, Apt. 2A  
Cary, NC 27513

Richard Scott McAtee  
1400 Crescent Green, Suite 320  
Cary, NC 27518

August 22, 2007  
Date

*Wilmington, North Carolina*

DENNIS IAVARONE, CLERK

/s/ Susan K. Enyart  
*(By) Deputy Clerk*